Entered: November 30th, 2017
Signed: November 29th, 2017

**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

|  |  |
|---|---|
| IN RE: | ) |
| WILLIAM CURTIS AND | ) |
| CASSANDRA CURTIS | ) Case No. 16-21970-NVA |
| Debtors | ) |

**ORDER AUTHORIZING REFINANCING OF REAL PROPERTY**

Upon a motion and/or notice by the debtors for authority to enter into an agreement to refinance real property, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor(s) is/are authorized to enter into a secured loan according to the terms set out in the motion; and it is further

**ORDERED**, that the terms of the confirmed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

**ORDERED**, that this order does not alter or affect the status or priority of any other

existing lien(s) on the real property that is the subject of the loan modification, and it is further

**ORDERED**, that upon the finalization of the loan refinancing, the Debtor shall immediately transmit a copy of the signed loan agreement to the Chapter 13 Trustee.

copies to:

Debtor

Chapter 13 Trustee

All Creditors and Parties in Interest

END OF ORDER